UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

**Caption in Compliance with D.N.J. LBR 9004-1(b)**

DENISE CARLON, ESQUIRE
KML LAW GROUP, PC
701 Market Street, Suite 5000
Philadelphia, PA 19106
215-627-1322
dcarlon@kmllawgroup.com
Attorneys for Secured Creditor
Quicken Loans, LLC

In Re:

Scott Adams & Theresa Adams,

Debtor.

Case No.:  21-14387-CMG

Chapter:  13

Hearing Date:  7/21/2021

Judge:  Gravelle

**STATUS CHANGE FORM**

Pursuant to D.N.J. LBR 9013-3, the undersigned notifies the court that the matter identified below has been:

☒ Settled           ☐ Withdrawn

Matter: Secured Creditor's Objection to Confirmation (Docket # 15)

_____

Date: 7/15/2021

/s/ Denise Carlon
Signature

*rev.8/1/15*