UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

Caption in Compliance with D.N.J. LBR 9004-1(b)

Albert Russo
CN 4853
Trenton, NJ 08650
(609) 587-6888
Standing Chapter 13 Trustee

In Re:

SCOTT ADAMS
THERESA A. ADAMS
         Debtor

Case No.: 21-14387 CMG

Chapter: 13

Judge: Christine M. Gravella

# STATUS CHANGE FORM

Pursuant to D.N.J. LBR 9013-3, the undersigned notifies the court that the matter identified below has been:

☐ Settled          ☐ Withdrawn

Matter: The terms of 8/12/21 confirmation are amended to correct the number of remaining months as follows: $920 PTD (2); $ 500 x 58 beginning 8/1/21

_____

Date: 8/20/21

/s/ Albert Russo
Signature
Albert Russo
Standing Chapter 13 Trustee

*rev.8/1/15*