Form plncf13 − ntccnfpln13v27

# UNITED STATES BANKRUPTCY COURT

District of New Jersey
402 East State Street
Trenton, NJ 08608

Case No.:  21−14387−CMG
Chapter:  13
Judge:  Christine M. Gravelle

In Re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):

| | |
|---|---|
| Scott Adams | Theresa A. Adams |
| 1814 Kenyon Avenue | 1814 Kenyon Avenue |
| South Plainfield, NJ 07080 | South Plainfield, NJ 07080 |

Social Security No.:
  xxx−xx−6082                          xxx−xx−0846

Employer's Tax I.D. No.:

## NOTICE OF ORDER CONFIRMING CHAPTER 13 PLAN

NOTICE IS HEREBY GIVEN that an Order Confirming the Chapter 13 plan was entered on August 20, 2021.

Dated: August 20, 2021
JAN: dmi

Jeanne Naughton
Clerk

United States Bankruptcy Court

District of New Jersey

In re:

Scott Adams

Theresa A. Adams

    Debtors

Case No. 21-14387-CMG

Chapter 13

# CERTIFICATE OF NOTICE

| District/off: 0312-3 | User: admin | Page 1 of 3 |
|---|---|---|
| Date Rcvd: Aug 20, 2021 | Form ID: plncf13 | Total Noticed: 42 |

The following symbols are used throughout this certificate:

**Symbol**    **Definition**

+    Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

##    Addresses marked '##' were identified by the USPS National Change of Address system as undeliverable.  Notices will no longer be delivered by the USPS to these addresses; therefore, they have been bypassed.  The debtor's attorney or pro se debtor was advised that the specified notice was undeliverable.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Aug 22, 2021:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db/jdb | + | Scott Adams, Theresa A. Adams, 1814 Kenyon Avenue, South Plainfield, NJ 07080-4110 |
| 519222702 | + | AFC Urgent Care, 907 Oak Tree Ave, Suite H, South Plainfield, NJ 07080-5131 |
| 519245345 | | American Express National Bank, c/o Becket and Lee LLP, PO Box 3001, Malvern PA 19355-0701 |
| 519222703 | + | Amex, PO Box 297871, Fort Lauderdale, FL 33329-7871 |
| 519222704 | + | Attorney General of the United States, Department of Justice, Constitution Ave and 10th St. NW, Washington, DC 20530-0001 |
| 519222705 | + | Barclays Bank Delaware, Po Box 8803, Wilmington, DE 19899-8803 |
| 519222707 | + | Bureau of Accounts Control, P.O. Box 538, Howell, NJ 07731-0538 |
| 519222711 | | Eye Specialist PA, 745 US-206, Suite 301, Bridgewater, NJ 08807 |
| 519222710 | + | Eye Specialist PA, c/o Bureau of Accounts Control, 3601 US Highway 9, Howell, NJ 07731-3395 |
| 519222712 | + | Hillsborough Radiology Center, PO Box 3436, Evansville, IN 47733-3436 |
| 519255804 | + | JPMorgan Chase Bank, N.A., s/b/m/t Chase Bank USA, N.A., c/o Robertson, Anschutz & Schneid, P.L., 6409 Congress Avenue, Suite 100, Boca Raton, FL 33487-2853 |
| 519222715 | + | Kinum, 770 Lynnhaven Pkwy, Ste 160, Virginia Beach, VA 23452-7343 |
| 519253513 | | M&T Bank, PO Box 1508, Buffalo NY 14240-1508 |
| 519222717 | | Office of Chief Counsel, Internal Revenue Service, SB/SE Division Counsel, One Newark Center, Suite 1500, Newark, NJ 07102-5224 |
| 519236277 | + | Quicken Loans, LLC, 635 Woodward Avenue, Detroit MI 48226-3408 |
| 519222720 | + | RWJ Barnebas Health, PO Box 826504, Philadelphia, PA 19182-6504 |
| 519222721 | + | State of NJ-Student AS, 4 Quakerbridge Plz, Trenton, NJ 08619-1241 |
| 519222724 | + | Syncb/HFT, PO Box 965022, Orlando, FL 32896-5022 |
| 519222725 | + | TD Bank USA/Target Credit, PO Box 673, Minneapolis, MN 55440-0673 |

TOTAL: 19

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| smg | | Email/Text: usanj.njbankr@usdoj.gov | Aug 20 2021 20:33:00 | U.S. Attorney, 970 Broad St., Room 502, Rodino Federal Bldg., Newark, NJ 07102-2534 |
| smg | + | Email/Text: ustpregion03.ne.ecf@usdoj.gov | Aug 20 2021 20:33:00 | United States Trustee, Office of the United States Trustee, 1085 Raymond Blvd., One Newark Center, Suite 2100, Newark, NJ 07102-5235 |
| 519222706 | + | Email/Text: dl-collectionsbankruptcyteam@drivetime.com | Aug 20 2021 20:33:00 | Bridgecrest Acceptance Corp., 7300 E Hampton Avenue, Suite 101, Mesa, AZ 85209-3324 |
| 519222708 | + | Email/PDF: AIS.cocard.ebn@americaninfosource.com | Aug 20 2021 20:41:31 | Capital One, PO Box 31293, Salt Lake City, UT 84131-0293 |
| 519256422 | + | Email/PDF: EBN_AIS@AMERICANINFOSOURCE.COM | Aug 20 2021 20:41:37 | Capital One N.A., 4515 N Santa Fe Ave, Oklahoma City, OK 73118-7901 |
| 519232638 | + | Email/Text: dl-collectionsbankruptcyteam@drivetime.com | Aug 20 2021 20:33:00 | Carvana, LLC, PO Box 29018, Phoenix, AZ 85038-9018 |
| 519270642 | | Email/PDF: Citi.BNC.Correspondence@citi.com | Aug 20 2021 20:41:19 | Citibank, N.A., 5800 S Corporate Pl, Sioux Falls, |

District/off: 0312-3 | User: admin | Page 2 of 3

Date Rcvd: Aug 20, 2021 | Form ID: plncf13 | Total Noticed: 42

| Recip ID | | Notice Method | Date/Time | Name and Address |
|---|---|---|---|---|
| | | | | SD 57108-5027 |
| 519222709 | | Email/Text: sbse.cio.bnc.mail@irs.gov | Aug 20 2021 20:33:00 | District Director of the IRS, 955 S. Springfield Avenue, Springfield, NJ 07081 |
| 519222714 | | Email/PDF: ais.chase.ebn@americaninfosource.com | Aug 20 2021 20:41:31 | JPMCB Card, PO Box 15369, Wilmington, DE 19850 |
| 519259147 | | Email/PDF: resurgentbknotifications@resurgent.com | Aug 20 2021 20:41:18 | LVNV Funding, LLC, Resurgent Capital Services, PO Box 10587, Greenville, SC 29603-0587 |
| 519222716 | | Email/Text: camanagement@mtb.com | Aug 20 2021 20:33:00 | M&T Bank, 1 Fountain Plz, Floor 4, Buffalo, NY 14203 |
| 519222718 | | Email/Text: Bankruptcy.Notices@pnc.com | Aug 20 2021 20:32:00 | PNC Bank, 1 Financial Pkwy, Kalamazoo, MI 49009 |
| 519277285 | | Email/Text: Bankruptcy.Notices@pnc.com | Aug 20 2021 20:32:00 | PNC Bank, N.A., PO Box 94982, Cleveland, OH 44101 |
| 519279193 | | Email/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com | Aug 20 2021 20:41:16 | Portfolio Recovery Associates, LLC, c/o SYNCHRONY BANK, POB 41067, Norfolk, VA 23541 |
| 519275105 | | Email/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com | Aug 20 2021 20:41:16 | Portfolio Recovery Associates, LLC, c/o Wyndham, POB 41067, Norfolk VA 23541 |
| 519222719 | + | Email/Text: bankruptcyteam@quickenloans.com | Aug 20 2021 20:33:00 | Quicken Loans*, 1050 Woodward Avenue, Detroit, MI 48226-3573 |
| 519222722 | + | Email/PDF: gecsedi@recoverycorp.com | Aug 20 2021 20:41:31 | Syncb/Car Care, PO Box 965036, Orlando, FL 32896-5036 |
| 519222723 | | Email/PDF: gecsedi@recoverycorp.com | Aug 20 2021 20:41:23 | Syncb/Care Credit, PO Box 965036, Orlando, FL 32896-5036 |
| 519273335 | + | Email/PDF: gecsedi@recoverycorp.com | Aug 20 2021 20:41:32 | Synchrony Bank, c/o PRA Receivables Management, LLC, PO Box 41021, Norfolk, VA 23541-1021 |
| 519225065 | + | Email/PDF: gecsedi@recoverycorp.com | Aug 20 2021 20:41:32 | Synchrony Bank, c/o of PRA Receivables Management, LLC, PO Box 41021, Norfolk, VA 23541-1021 |
| 519248169 | + | Email/Text: bncmail@w-legal.com | Aug 20 2021 20:33:00 | TD Bank USA, N.A., C O WEINSTEIN & RILEY, PS, 2001 WESTERN AVENUE, STE 400, SEATTLE, WA 98121-3132 |
| 519222726 | + | Email/PDF: Citi.BNC.Correspondence@citi.com | Aug 20 2021 20:41:36 | THD/CBNA, PO Box 6497, Sioux Falls, SD 57117-6497 |
| 519222727 | + | Email/Text: usanj.njbankr@usdoj.gov | Aug 20 2021 20:33:00 | United States Attorney*, For Internal Revenue Service), 970 Broad Street, 5th Floor, Newark, NJ 07102-2527 |

TOTAL: 23

# BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| 519222713 | *+ | Internal Revenue Service*, P.O. Box 7346, Philadelphia, PA 19101-7346 |
| 519222728 | ##+ | Urgent Care Now, 712 E Bay Avenue, Suite 22B, Manahawkin, NJ 08050-3447 |

TOTAL: 0 Undeliverable, 1 Duplicate, 1 Out of date forwarding address

# NOTICE CERTIFICATION

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and**

District/off: 0312-3                         User: admin                                    Page 3 of 3
Date Rcvd: Aug 20, 2021                 Form ID: plncf13                              Total Noticed: 42

**belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Aug 22, 2021                          Signature:        /s/Joseph Speetjens

# CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on August 20, 2021 at the address(es) listed below:**

| Name | Email Address |
|---|---|
| Albert Russo | on behalf of Trustee Albert Russo docs@russotrustee.com |
| Albert Russo | docs@russotrustee.com |
| Bruce C. Truesdale | on behalf of Joint Debtor Theresa A. Adams bruceectruesdalepc@gmail.com  bctpcecf@gmail.com;r49787@notify.bestcase.com |
| Bruce C. Truesdale | on behalf of Debtor Scott Adams bruceectruesdalepc@gmail.com  bctpcecf@gmail.com;r49787@notify.bestcase.com |
| Denise E. Carlon | on behalf of Creditor Quicken Loans  LLC dcarlon@kmllawgroup.com, bkgroup@kmllawgroup.com |
| Rebecca Ann Solarz | on behalf of Creditor Quicken Loans  LLC rsolarz@kmllawgroup.com |
| U.S. Trustee | USTPRegion03.NE.ECF@usdoj.gov |

TOTAL: 7