| Office Mailing Address: | Send Payments **ONLY** to: |
|---|---|
| Albert Russo, Trustee | Albert Russo, Trustee |
| PO Box 4853 | PO Box 933 |
| Trenton, NJ 08650-4853 | Memphis, TN 38101-0933 |

# OFFICE OF THE STANDING CHAPTER 13 TRUSTEE
## REPORT OF RECEIPTS AND DISBURSEMENTS
Activity for the period from 01/01/2021 to 02/03/2022
### Chapter 13 Case No. 21-14387 / CMG

Scott Adams  
Theresa A. Adams

Petition Filed Date: 05/26/2021  
341 Hearing Date: 06/24/2021  
Confirmation Date: 08/18/2021

Case Status: Open / Confirmed

### RECEIPTS / PAYMENT HISTORY FOR THE TIME PERIOD SELECTED

| Date | Amount | Check No. | Date | Amount | Check No. | Date | Amount | Check No. |
|---|---|---|---|---|---|---|---|---|
| 06/24/2021 | $460.00 | 3695591 | 07/12/2021 | $460.00 | 78039060 | 08/26/2021 | $500.00 | 79022360 |
| 09/29/2021 | $500.00 | 79762900 | 10/20/2021 | $500.00 | 80255940 | 11/29/2021 | $500.00 | 81072280 |
| 12/28/2021 | $500.00 | 81684010 | 01/31/2022 | $500.00 | 82420160 | | | |

**Total Receipts for the Period: $3,920.00     Amount Refunded to Debtor Since Filing: $0.00     Total Receipts Since Filing: $3,920.00**

### DISTRIBUTIONS TO CREDITORS FOR THE TIME PERIOD SELECTED

#### CLAIMS AND DISTRIBUTIONS

| Claim # | Claimant Name | Class | Claim Amount | Amount Paid | Balance Due |
|---|---|---|---|---|---|
| 0 | Scott Adams | Debtor Refund | $0.00 | $0.00 | $0.00 |
| 0 | BRUCE C TRUESDALE ESQ<br>»» ATTY DISCLOSURE | Attorney Fees | $3,250.00 | $3,138.92 | $111.08 |
| 1 | CARVANA, LLC.<br>»» 2016 CHEVROLET EQUINOX | Debt Secured by Vehicle | $0.00 | $0.00 | $0.00 |
| 2 | QUICKEN LOANS, LLC<br>»» P/1814 KENYON AVE SOUTH/1ST MTG/ORDER 7/22/21 | Mortgage Arrears | $14,231.25 | $0.00 | $14,231.25 |
| 3 | INTERNAL REVENUE SERVICE<br>»» 2019-2020 | Priority Crediors | $4,138.43 | $0.00 | $4,138.43 |
| 4 | INTERNAL REVENUE SERVICE | Unsecured Creditors | $155.55 | $0.00 | $155.55 |
| 5 | AMERICAN EXPRESS | Unsecured Creditors | $1,813.35 | $0.00 | $1,813.35 |
| 6 | TD BANK USA NA | Unsecured Creditors | $1,331.11 | $0.00 | $1,331.11 |
| 7 | JPMORGAN CHASE BANK, NA | Unsecured Creditors | $5,386.71 | $0.00 | $5,386.71 |
| 8 | M&T BANK<br>»» 2018 PROWLER | Debt Secured by Vehicle<br>No Disbursements: Surrendered | $0.00 | $0.00 | $0.00 |
| 9 | M&T BANK<br>»» 2018 PROWLER TRAVEL TRAILER/DEF BAL | Unsecured Creditors | $3,150.30 | $0.00 | $3,150.30 |
| 10 | CAPITAL ONE BANK (USA), N.A. | Unsecured Creditors | $1,844.20 | $0.00 | $1,844.20 |
| 11 | LVNV FUNDING LLC<br>»» SYNCHRONY/MEINEKE | Unsecured Creditors | $2,122.80 | $0.00 | $2,122.80 |
| 12 | LVNV FUNDING LLC<br>»» SYNCHRONY CAR CARE | Unsecured Creditors | $3,306.41 | $0.00 | $3,306.41 |
| 13 | CITIBANK, N.A.<br>»» HOME DEPOT | Unsecured Creditors | $1,922.42 | $0.00 | $1,922.42 |

**Chapter 13 Case No. 21-14387 / CMG**

| | | | | | |
|---|---|---|---|---|---|
| 14 | SYNCHRONY BANK<br>»»  CARECREDIT | Unsecured Creditors | $1,976.34 | $0.00 | $1,976.34 |
| 15 | PORTFOLIO RECOVERY ASSOCIATES<br>»»  WYNDHAM | Unsecured Creditors | $2,201.24 | $0.00 | $2,201.24 |
| 16 | PORTFOLIO RECOVERY ASSOCIATES<br>»»  WYNDHAM | Unsecured Creditors | $2,075.97 | $0.00 | $2,075.97 |
| 17 | PNC Bank, N.A. | Unsecured Creditors | $10,074.97 | $0.00 | $10,074.97 |
| 18 | PORTFOLIO RECOVERY ASSOCIATES<br>»»  SYNCHRONY BANK | Unsecured Creditors | $305.75 | $0.00 | $305.75 |

### SUMMARY

Summary of all receipts and disbursements from date filed through 2/3/2022:

| | | | |
|---|---|---|---|
| Total Receipts: | $3,920.00 | Plan Balance: | $26,000.00  ** |
| Paid to Claims: | $3,138.92 | Current Monthly Payment: | $500.00 |
| Paid to Trustee: | $323.08 | Arrearages: | $500.00 |
| Funds on Hand: | $458.00 | Total Plan Base: | $29,920.00 |

**PAY YOUR MONTHLY TRUSTEE PAYMENT ONLINE!**  Visit www.russotrustee.com/epay for more information.

**View your case information online for *FREE*!**  Register today at www.ndc.org or scan this code to get started.



**\*\*This is an approximate balance.  Additional allowed claims and other variables may affect the amount to complete the plan.**