UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

**Caption in Compliance with D.N.J. LBR 9004-1(b)**

DENISE CARLON, ESQUIRE
KML LAW GROUP, PC
701 Market Street, Suite 5000
Philadelphia, PA 19106
215-627-1322
dcarlon@kmllawgroup.com
Attorneys for Secured Creditor
Rocket Mortgage, LLC

In Re:

Scott Adams & Theresa A. Adams,

Debtors.

Case No.:     21-14387-CMG

Chapter:     13

Hearing Date:     10/05/2022

Judge:     Gravelle

## STATUS CHANGE FORM

Pursuant to D.N.J. LBR 9013-3, the undersigned notifies the court that the matter identified below has been:

☒ Settled          ☐ Withdrawn

Matter: Motion for Relief from Stay re: 1814 Kenyon Avenue (Docket # 28)

_____

Date: 10/03/2022                                 /s/ Denise Carlon
                                                 Signature

*rev.8/1/15*