UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY
**Caption in Compliance with D.N.J. LBR 9004-1(b)**
Denise Carlon, Esquire
KML Law Group, P.C.
701 Market Street, Suite 5000
Philadelphia, PA 19106
Main Phone: 609-250-0700
dcarlon@kmllawgroup.com
Attorneys for Secured Creditor
Rocket Mortgage, LLC f/k/a Quicken Loans, LLC f/k/a
Quicken Loans Inc.

**Order Filed on October 5, 2022**
**by Clerk**
**U.S. Bankruptcy Court**
**District of New Jersey**

Case No.:  21-14387 CMG

Adv. No.:

Hearing Date:  10/05/2022 @ 9:00 a.m.

Judge:  Christine M. Gravelle

In Re:
        Scott Adams, Theresa A. Adams

Debtors.

## ORDER CURING POST-PETITION ARREARS & RESOLVING MOTION FOR RELIEF FROM STAY

The relief set forth on the following pages, numbered two (2) through two (2) is hereby **ORDERED.**

**DATED: October 5, 2022**

Honorable Christine M. Gravelle
United States Bankruptcy Judge

**(Page 2)**
Debtors:  Scott Adams, Theresa A. Adams
Case No:  21-14387 CMG
Caption of Order:  ORDER CURING POST-PETITION ARREARS & RESOLVING MOTION FOR
RELIEF FROM STAY

_____

This matter having been brought before the Court by KML Law Group, P.C., attorneys for Secured Creditor, Rocket Mortgage, LLC f/k/a Quicken Loans, LLC f/k/a Quicken Loans Inc., Denise Carlon, Esq. appearing, upon a motion to vacate the automatic stay as to real property located at 1814 Kenyon Avenue, South Plainfield, NJ, 07080, and it appearing that notice of said motion was properly served upon all parties concerned, and this Court having considered the representations of attorneys for Secured Creditor and Bruce C. Truesdale, Esq., attorney for Debtors, and for good cause having been shown

It is **ORDERED, ADJUDGED and DECREED** that as of September 20, 2022 Debtors are in arrears outside of the Chapter 13 Plan to Secured Creditor for payments due June 2022 through September 2022 for a total post-petition default of $8,552.48 (4 @ $2,138.12); and

It is **ORDERED, ADJUDGED and DECREED** that the debtors will make a payment of $4,276.24 immediately; and

It is further **ORDERED, ADJUDGED and DECREED** that the balance of the arrears in the amount of $4,276.24 will be paid by Debtor remitting $534.53 for per month for eight months in addition to the regular monthly mortgage payment, which additional payments shall begin on November 1, 2022 and continue for a period of eight months until the post-petition arrears are cured; and

It is further **ORDERED, ADJUDGED and DECREED** that regular mortgage payments are to resume October 1, 2022, directly to Secured Creditor's servicer, Quicken Loans, LLC 635 Woodward Avenue, Detroit, MI 48226 (Note: the amount of the monthly mortgage payment is subject to change according to the terms of the note and mortgage); and

It is further **ORDERED, ADJUDGED and DECREED** that for the Duration of Debtor's Chapter 13 bankruptcy proceeding, if the lump sum payment or any regular monthly mortgage payments are not made within thirty (30) days of the date said payment is due, Secured Creditor may obtain an Order Vacating Automatic Stay as to Real Property by submitting a Certification of Default to the Court indicating such payment is more than thirty days late, and Debtor shall have fourteen days to respond; and

It is further **ORDERED, ADJUDGED and DECREED** that a copy of any such application, supporting certification, and proposed Order must be served on the Trustee, Debtor, and Debtor's counsel at the time of submission to the Court; and

It is further **ORDERED, ADJUDGED and DECREED** that Secured Creditor is hereby awarded reimbursement of fees and costs in the sum of $350.00 for attorneys' fees and $188.00 for filing fees, totaling $538.00, which is to be paid through Debtors' Chapter 13 plan and motion for relief is hereby resolved.