UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

_____
**Caption in Compliance with D.N.J. LBR 9004-1(b)**

BRUCE C. TRUESDALE, P.C.
147 Union Avenue – Suite 1E
Middlesex, New Jersey 08846
BY: Bruce C. Truesdale, Esq. (BC 0928)
Phone: 732-302-9600
Fax: 732-302-9066
Attorney for Debtor[s]

_____

In Re:

SCOTT ADAMS

THERESA A. ADAMS

Case No.:     21-14387

Chapter:      13

Adv. No.:

Hearing Date:

Judge:        CMG

## CERTIFICATION OF SERVICE

1. I, Sarah A. Vanderstreet:

   ☐ represent _____ in this matter.

   ☒ am the secretary/paralegal for the attorney, who represents the debtors in this matter.

   ☐ am the _____ in this case and am representing myself.

2. On December 6, 2022, I sent a copy of the following pleadings and/or documents to the parties listed in the chart below.

   - Application for Compensation for Bruce C. Truesdale, Debtor's Attorney

3. I certify under penalty of perjury that the above documents were sent using the mode of service indicated.


Date: 12/6/22                    /s/ Sarah A. Vanderstreet
                                 Signature

| Name and Address of Party Served | Relationship of Party to the Case | Mode of Service |
|---|---|---|
| U.S. Department of Justice<br>Office of the United States Trustee<br>District of New Jersey<br>One Newark Center<br>Suite 2100<br>Newark, NJ 07102 | Trustee | ☐ Hand-delivered<br>☐ Regular mail<br>☐ Certified mail/RR<br>☒ Other CM/ECF<br>(As authorized by the Court or by rule. Cite the rule if applicable.) |
| Albert Russo<br>Standing Chapter 13 Trustee<br>CN 4853<br>Trenton, NJ 08650 | Trustee | ☐ Hand-delivered<br>☐ Regular mail<br>☐ Certified mail/RR<br>☒ Other CM/ECF<br>(As authorized by the Court or by rule. Cite the rule if applicable.) |
| Bridgecrest Acceptance Corp.<br>7300 E Hampton Avenue<br>Suite 101<br>Mesa, AZ 85209 | Secure Creditor | ☐ Hand-delivered<br>☒ Regular mail<br>☐ Certified mail/RR<br>☐ Other<br>(As authorized by the Court or by rule. Cite the rule if applicable.) |
| M&T Bank<br>PO Box 1508<br>Buffalo, NY 142040<br>ATTN: CEO; Corp. Officer, Agent; Managing Partner or Party Designated to Accept Service<br>(address as per POC) | Secure Creditor | ☐ Hand-delivered<br>☒ Regular mail<br>☐ Certified mail/RR<br>☐ Other<br>(As authorized by the Court or by rule. Cite the rule if applicable.) |
| Quicken Loans, LLC<br>635 Woodward Avenue<br>Detroit, MI 48226<br>ATTN: CEO; Corp. Officer, Agent; Managing Partner or Party Designated to Accept Service<br>(address as per POC) | Secure Creditor | ☐ Hand-delivered<br>☒ Regular mail<br>☐ Certified mail/RR<br>☐ Other<br>(As authorized by the Court or by rule. Cite the rule if applicable.) |

| **Name and Address of Party Served** | **Relationship of Party to the Case** | **Mode of Service** |
|---|---|---|
| Internal Revenue Service<br>PO Box 7346<br>Philadelphia, PA 19101-7346<br>(address as per POC) | Creditor | ☐ Hand-delivered<br>☒ Regular mail<br>☐ Certified mail/RR<br>☐ Other<br>(As authorized by the Court or by rule. Cite the rule if applicable.) |
| Attorney General of the United States<br>Department of Justice<br>Constitution Ave and 10th St. NW<br>Washington, DC 20530 | Creditor | ☐ Hand-delivered<br>☒ Regular mail<br>☐ Certified mail/RR<br>☐ Other<br>(As authorized by the Court or by rule. Cite the rule if applicable.) |
| District Director of the IRS<br>955 S. Springfield Avenue<br>Springfield, NJ 07081 | Creditor | ☐ Hand-delivered<br>☒ Regular mail<br>☐ Certified mail/RR<br>☐ Other<br>(As authorized by the Court or by rule. Cite the rule if applicable.) |
| Office of Chief Counsel / IRS<br>SB/SE Division Counsel<br>One Newark Center<br>Suite 1500<br>Newark, NJ 07102-5224 | Creditor | ☐ Hand-delivered<br>☒ Regular mail<br>☐ Certified mail/RR<br>☐ Other<br>(As authorized by the Court or by rule. Cite the rule if applicable.) |
| United States Attorney / for IRS<br>970 Broad Street<br>5th Floor<br>Newark, NJ 07102 | Creditor | ☐ Hand-delivered<br>☒ Regular mail<br>☐ Certified mail/RR<br>☐ Other<br>(As authorized by the Court or by rule. Cite the rule if applicable.) |

*rev.8/1/16*

| Name and Address of Party Served | Relationship of Party to the Case | Mode of Service |
|---|---|---|
| AFC Urgent Care<br>907 Oak Tree Ave<br>Suite H<br>South Plainfield, NJ 07080 | Creditor | ☐ Hand-delivered<br>☒ Regular mail<br>☐ Certified mail/RR<br>☐ Other<br>  (As authorized by the Court or by rule. Cite the rule if applicable.) |
| American Express, NA<br>c/o Becket and Lee, LLP<br>PO Box 3001<br>Malvern, PA 19355-0701<br>(address as per POC) | Creditor | ☐ Hand-delivered<br>☒ Regular mail<br>☐ Certified mail/RR<br>☐ Other<br>(As authorized by the Court or by rule. Cite the rule if applicable.) |
| Barclays Bank Delaware<br>c/o Portfolio Recovery Associates, LLC<br>PO Box 41067<br>Norfolk, VA 23541<br>(address as per POC) | Creditor | ☐ Hand-delivered<br>☒ Regular mail<br>☐ Certified mail/RR<br>☐ Other<br>(As authorized by the Court or by rule. Cite the rule if applicable.) |
| Capital One N.A.<br>c/o American InfoSource<br>4515 N Santa Fe Avenue<br>Oklahoma City, OK 73118<br>(address as per POC) | Creditor | ☐ Hand-delivered<br>☒ Regular mail<br>☐ Certified mail/RR<br>☐ Other<br>(As authorized by the Court or by rule. Cite the rule if applicable.) |
| Eye Specialist PA<br>c/o Bureau of Accounts Control<br>3601 US Highway 9<br>Howell, NJ 07731 | Creditor | ☐ Hand-delivered<br>☒ Regular mail<br>☐ Certified mail/RR<br>☐ Other<br>(As authorized by the Court or by rule. Cite the rule if applicable.) |

| Name and Address of Party Served | Relationship of Party to the Case | Mode of Service |
|---|---|---|
| Hillsborough Radiology Center<br>PO Box 3436<br>Evansville, IN 47733 | Creditor | ☐ Hand-delivered<br>☒ Regular mail<br>☐ Certified mail/RR<br>☐ Other<br>(As authorized by the Court or by rule. Cite the rule if applicable.) |
| JPMCB Card<br>PO Box 15369<br>Wilmington, DE 19850 | Creditor | ☐ Hand-delivered<br>☒ Regular mail<br>☐ Certified mail/RR<br>☐ Other<br>(As authorized by the Court or by rule. Cite the rule if applicable.) |
| PNC Bank, NA<br>PO Box 94982<br>Cleveland, OH 44101<br>(address as per POC) | Creditor | ☐ Hand-delivered<br>☒ Regular mail<br>☐ Certified mail/RR<br>☐ Other<br>(As authorized by the Court or by rule. Cite the rule if applicable.) |
| RWJ Barnebas Health<br>PO Box 826504<br>Philadelphia, PA 19182 | Creditor | ☐ Hand-delivered<br>☒ Regular mail<br>☐ Certified mail/RR<br>☐ Other (As authorized by the Court or by rule. Cite the rule if applicable.) |
| State of NJ-Student AS<br>4 Quakerbridge Plaza<br>Trenton, NJ 08619 | Creditor | ☐ Hand-delivered<br>☒ Regular mail<br>☐ Certified mail/RR<br>☐ Other<br>(As authorized by the Court or by rule. Cite the rule if applicable.) |

| Name and Address of Party Served | Relationship of Party to the Case | Mode of Service |
|---|---|---|
| Synchrony Bank/CareCredit<br>c/o PRA Receivables Management, LLC<br>PO Box 41021<br>Norfolk, VA 23541<br>(address as per POC) | Creditor | ☐ Hand-delivered<br>☒ Regular mail<br>☐ Certified mail/RR<br>☐ Other<br>(As authorized by the Court or by rule. Cite the rule if applicable.) |
| Syncb/HFT<br>PO Box 965022<br>Orlando, FL 32896 | Creditor | ☐ Hand-delivered<br>☒ Regular mail<br>☐ Certified mail/RR<br>☐ Other<br>(As authorized by the Court or by rule. Cite the rule if applicable.) |
| TD Bank USA, N.A.<br>c/o Weinstein & Riley, PS<br>2001 Western Avenue<br>Suite 400<br>Seattle, WA 98121<br>(address as per POC) | Creditor | ☐ Hand-delivered<br>☒ Regular mail<br>☐ Certified mail/RR<br>☐ Other<br>(As authorized by the Court or by rule. Cite the rule if applicable.) |
| THD/CBNA<br>PO Box 6497<br>Sioux Falls, SD 57117 | Creditor | ☐ Hand-delivered<br>☒ Regular mail<br>☐ Certified mail/RR<br>☐ Other<br>(As authorized by the Court or by rule. Cite the rule if applicable.) |
| Urgent Care Now<br>712 E Bay Avenue<br>Suite 22B<br>Manahawkin, NJ 08050 | Creditor | ☐ Hand-delivered<br>☒ Regular mail<br>☐ Certified mail/RR<br>☐ Other.<br>(As authorized by the Court or by rule. Cite the rule if applicable.) |

| Name and Address of Party Served | Relationship of Party to the Case | Mode of Service |
|---|---|---|
| Urgent Care Now<br>c/o Kinum<br>770 Lynnhaven Parkway<br>Suite 160<br>Virginia Beach, VA 23452 | Creditor | ☐ Hand-delivered<br>☒ Regular mail<br>☐ Certified mail/RR<br>☐ Other.<br>(As authorized by the Court or by rule. Cite the rule if applicable.) |
| Quicke Loans, LLC<br>c/o KML Law Group, PC<br>701 Market Street<br>Suite 5000<br>Philadelphia, PA 19106<br>ATTN: Denise Carlon | Request for Service | ☐ Hand-delivered<br>☒ Regular mail<br>☐ Certified mail/RR<br>☐ Other<br>(As authorized by the Court or by rule. Cite the rule if applicable.) |
| Synchrony Bank<br>c/o PRA Receivables Management, LLC<br>PO Box 41021<br>Norfolk, VA 23541<br>ATTN: Valerie Smith | Request for Service | ☐ Hand-delivered<br>☒ Regular mail<br>☐ Certified mail/RR<br>☐ Other<br>(As authorized by the Court or by rule. Cite the rule if applicable.) |
| Scott & Theresa Adams<br>1814 Kenyon Avenue<br>South Plainfield, NJ 07080 | Debtors | ☐ Hand-delivered<br>☒ Regular mail<br>☐ Certified mail/RR<br>☒ Other Email<br>(As authorized by the Court or by rule. Cite the rule if applicable.) |
|  |  | ☐ Hand-delivered<br>☐ Regular mail<br>☐ Certified mail/RR<br>☐ Other.<br>(As authorized by the Court or by rule. Cite the rule if applicable.) |