| Office Mailing Address: | Send Payments **ONLY** to: |
|---|---|
| Albert Russo, Trustee | Albert Russo, Trustee |
| PO Box 4853 | PO Box 933 |
| Trenton, NJ  08650-4853 | Memphis, TN  38101-0933 |

# OFFICE OF THE STANDING CHAPTER 13 TRUSTEE
## REPORT OF RECEIPTS AND DISBURSEMENTS
Activity for the period from 01/01/2022 to 03/13/2023
### Chapter 13 Case No. 21-14387 / CMG

Scott Adams
Theresa A. Adams

Petition Filed Date: 05/26/2021
341 Hearing Date: 06/24/2021
Confirmation Date: 08/18/2021

Case Status: Open / Confirmed

### RECEIPTS / PAYMENT HISTORY FOR THE TIME PERIOD SELECTED

| Date | Amount | Check No. | Date | Amount | Check No. | Date | Amount | Check No. |
|---|---|---|---|---|---|---|---|---|
| 01/31/2022 | $500.00 | 82420160 | 02/28/2022 | $500.00 | 83056600 | 03/28/2022 | $500.00 | 83658780 |
| 05/02/2022 | $500.00 | 84389300 | 05/16/2022 | $500.00 | 84704230 | 06/21/2022 | $500.00 | 85417010 |
| 07/28/2022 | $500.00 | 86115740 | 08/16/2022 | $500.00 | 86498280 | 09/26/2022 | $500.00 | 87283640 |
| 10/25/2022 | $500.00 | 87848600 | 11/28/2022 | $500.00 | 88466150 | 12/28/2022 | $500.00 | 89029660 |
| 01/30/2023 | $500.00 | 89654180 | 02/27/2023 | $500.00 | 90212470 | | | |

**Total Receipts for the Period: $7,000.00   Amount Refunded to Debtor Since Filing: $0.00   Total Receipts Since Filing: $10,420.00**

### DISTRIBUTIONS TO CREDITORS FOR THE TIME PERIOD SELECTED

| | CLAIMS AND DISTRIBUTIONS | | | | |
|---|---|---|---|---|---|
| Claim # | Claimant Name | Class | Claim Amount | Amount Paid | Balance Due |
| 0 | Scott Adams | Debtor Refund | $0.00 | $0.00 | $0.00 |
| 0 | Bruce C. Truesdale, Esq.<br>»» ATTY DISCLOSURE | Attorney Fees | $3,250.00 | $3,250.00 | $0.00 |
| 1 | CARVANA, LLC.<br>»» 2016 CHEVROLET EQUINOX | Debt Secured by Vehicle | $0.00 | $0.00 | $0.00 |
| 2 | QUICKEN LOANS, LLC<br>»» P/1814 KENYON AVE SOUTH/1ST MTG/ORDER 7/22/21 | Mortgage Arrears | $14,231.25 | $5,123.92 | $9,107.33 |
| 3 | INTERNAL REVENUE SERVICE<br>»» 2019-2020 | Priority Crediors | $4,138.43 | $0.00 | $4,138.43 |
| 4 | INTERNAL REVENUE SERVICE | Unsecured Creditors | $155.55 | $0.00 | $155.55 |
| 5 | AMERICAN EXPRESS | Unsecured Creditors | $1,813.35 | $0.00 | $1,813.35 |
| 6 | TD BANK USA NA | Unsecured Creditors | $1,331.11 | $0.00 | $1,331.11 |
| 7 | JPMORGAN CHASE BANK, NA | Unsecured Creditors | $5,386.71 | $0.00 | $5,386.71 |
| 8 | M&T BANK<br>»» 2018 PROWLER | Debt Secured by Vehicle<br>No Disbursements: Surrendered | $0.00 | $0.00 | $0.00 |
| 9 | M&T BANK<br>»» 2018 PROWLER TRAVEL TRAILER/DEF BAL | Unsecured Creditors | $3,150.30 | $0.00 | $3,150.30 |
| 10 | CAPITAL ONE BANK (USA), N.A. | Unsecured Creditors | $1,844.20 | $0.00 | $1,844.20 |
| 11 | LVNV FUNDING LLC<br>»» SYNCHRONY/MEINEKE | Unsecured Creditors | $2,122.80 | $0.00 | $2,122.80 |
| 12 | LVNV FUNDING LLC<br>»» SYNCHRONY CAR CARE | Unsecured Creditors | $3,306.41 | $0.00 | $3,306.41 |

**Chapter 13 Case No. 21-14387 / CMG**

| | | | | | |
|---|---|---|---|---|---|
| 13 | CITIBANK, N.A.<br>»»  HOME DEPOT | Unsecured Creditors | $1,922.42 | $0.00 | $1,922.42 |
| 14 | SYNCHRONY BANK<br>»»  CARECREDIT | Unsecured Creditors | $1,976.34 | $0.00 | $1,976.34 |
| 15 | PORTFOLIO RECOVERY ASSOCIATES<br>»»  WYNDHAM | Unsecured Creditors | $2,201.24 | $0.00 | $2,201.24 |
| 16 | PORTFOLIO RECOVERY ASSOCIATES<br>»»  WYNDHAM | Unsecured Creditors | $2,075.97 | $0.00 | $2,075.97 |
| 17 | PNC Bank, N.A. | Unsecured Creditors | $10,074.97 | $0.00 | $10,074.97 |
| 18 | PORTFOLIO RECOVERY ASSOCIATES<br>»»  SYNCHRONY BANK | Unsecured Creditors | $305.75 | $0.00 | $305.75 |
| 19 | QUICKEN LOANS, LLC<br>»»  1814 KENYON AVE/ATTY FEES 10/5/22 | Mortgage Arrears | $538.00 | $538.00 | $0.00 |
| 0 | Bruce C. Truesdale, Esq.<br>»»  ORDER 12/14/22 | Attorney Fees | $205.00 | $205.00 | $0.00 |

## SUMMARY

Summary of all receipts and disbursements from date filed through 3/13/2023:

| | | | |
|---|---|---|---|
| Total Receipts: | $10,420.00 | Plan Balance: | $20,326.00  ** |
| Paid to Claims: | $9,116.92 | Current Monthly Payment: | $500.00 |
| Paid to Trustee: | $839.08 | Arrearages: | $500.00 |
| Funds on Hand: | $464.00 | Total Plan Base: | $30,746.00 |

**PAY YOUR MONTHLY TRUSTEE PAYMENT ONLINE USING TFS BILL PAY!**
Visit www.TFSBillPay.com for more information.

View your case information online for *FREE*!  Register today at www.ndc.org or scan this code to get started.



**\*\*This is an approximate balance.  Additional allowed claims and other variables may affect the amount to complete the plan.**