UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

In Re:

SCOTT ADAMS

Case No.: _____ 21-14387 _____

Chapter: _____ 13 _____

Judge: _____ CMG _____

## CERTIFICATION IN SUPPORT OF DISCHARGE

I, _Scott Adams_____, debtor in this case, certify as
follows:

1. All payments required to be made by me under my plan have been made and are paid
   in full.

2. ☑ I am not required to pay domestic support obligations.

   ☐ I am required to pay domestic support obligations and I have paid all amounts

   payable under court order or statute that were due on or before the date of this

   certification.

I certify under penalty of perjury that the above is true.

Date: _05- 27- 2026_          /s/ Scott Adams _Scott Adams_____
                              Debtor's Signature

**IMPORTANT:**

- **Each debtor in a joint case must file a separate Certification in Support of Discharge.**
- **A discharge will not be entered for a debtor who fails to file a completed Certification in Support of Discharge.**

*rev.8/1/18*