**Information to identify the case:**

| | | | |
|---|---|---|---|
| Debtor 1 | Scott Adams<br>First Name Middle Name Last Name | Social Security number or ITIN | xxx–xx–6082 |
| | | EIN | _ _–_ _ _ _ _ _ _ |
| Debtor 2<br>(Spouse, if filing) | Theresa A. Adams<br>First Name Middle Name Last Name | Social Security number or ITIN | xxx–xx–0846 |
| | | EIN | _ _–_ _ _ _ _ _ _ |
| United States Bankruptcy Court | District of New Jersey | | |
| Case number: | 21–14387–CMG | | |

# Order of Discharge

12/18

**IT IS ORDERED:** A discharge under 11 U.S.C. § 1328(a) is granted to:

Scott Adams

Theresa A. Adams

8/12/26

**By the court:** Christine M. Gravelle
United States Bankruptcy Judge

## Explanation of Bankruptcy Discharge in a Chapter 13 Case

This order does not close or dismiss the case.

### Creditors cannot collect discharged debts

This order means that no one may make any attempt to collect a discharged debt from the debtors personally. For example, creditors cannot sue, garnish wages, assert a deficiency, or otherwise try to collect from the debtors personally on discharged debts. Creditors cannot contact the debtors by mail, phone, or otherwise in any attempt to collect the debt personally. Creditors who violate this order can be required to pay debtors damages and attorney's fees.

However, a creditor with a lien may enforce a claim against the debtors' property subject to that lien unless the lien was avoided or eliminated. For example, a creditor may have the right to foreclose a home mortgage or repossess an automobile.

This order does not prevent debtors from paying any debt voluntarily. 11 U.S.C. § 524(f).

### Most debts are discharged

Most debts are covered by the discharge, but not all. Generally, a discharge removes the debtors' personal liability for debts provided for by the chapter 13 plan.

In a case involving community property: Special rules protect certain community property owned by the debtor's spouse, even if that spouse did not file a bankruptcy case.

### Some debts are not discharged

Examples of debts that are not discharged are:

- ♦ debts that are domestic support obligations;
- ♦ debts for most student loans;
- ♦ debts for certain types of taxes specified in 11 U.S.C. §§ 507(a)(8)( C), 523(a)(1)(B), or 523(a)(1)(C) to the extent not paid in full under the plan;

**For more information, see page 2>**

- ♦ debts that the bankruptcy court has decided or will decide are not discharged in this bankruptcy case;
- ♦ debts for restitution, or a criminal fine, included in a sentence on debtor's criminal conviction;
- ♦ some debts which the debtors did not properly list;
- ♦ debts provided for under 11 U.S.C. § 1322(b)(5) and on which the last payment or other transfer is due after the date on which the final payment under the plan was due;
- ♦ debts for certain consumer purchases made after the bankruptcy case was filed if obtaining the trustee's prior approval of incurring the debt was practicable but was not obtained;
- ♦ debts for restitution, or damages, awarded in a civil action against the debtor as a result of malicious or willful injury by the debtor that caused personal injury to an individual or the death of an individual; and
- ♦ debts for death or personal injury caused by operating a vehicle while intoxicated.

In addition, this discharge does not stop creditors from collecting from anyone else who is also liable on the debt, such as an insurance company or a person who cosigned or guaranteed a loan.

**This information is only a general summary of a chapter 13 discharge; some exceptions exist. Because the law is complicated, you should consult an attorney to determine the exact effect of the discharge in this case.**

United States Bankruptcy Court
District of New Jersey

In re: Case No. 21-14387-CMG
Scott Adams Chapter 13
Theresa A. Adams
Debtors

# CERTIFICATE OF NOTICE

District/off: 0312-3 User: admin Page 1 of 4
Date Rcvd: Aug 12, 2026 Form ID: 3180W Total Noticed: 45

The following symbols are used throughout this certificate:

| Symbol | Definition |
|---|---|
| + | Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP. |
| ++ | Addresses marked '++' were redirected to the recipient's preferred mailing address pursuant to 11 U.S.C. § 342(f)/Fed. R. Bank. P. 2002(g)(4). |
| ^ | Addresses marked '^' were sent via mandatory electronic bankruptcy noticing pursuant to Fed. R. Bank. P. 9036. |
| ## | Addresses marked '##' were identified by the USPS National Change of Address system as undeliverable. Notices will no longer be delivered by the USPS to these addresses; therefore, they have been bypassed. The debtor's attorney or pro se debtor was advised that the specified notice was undeliverable. |

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Aug 14, 2026:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db/jdb | + | Scott Adams, Theresa A. Adams, 1814 Kenyon Avenue, South Plainfield, NJ 07080-4110 |
| 519222702 | + | AFC Urgent Care, 907 Oak Tree Ave, Suite H, South Plainfield, NJ 07080-5131 |
| 519222707 | ++ | BUREAU OF ACCOUNTS CONTROL, 514 BRICK BLVD, SUITE 3, BRICK NJ 08723-6088 address filed with court:, Bureau of Accounts Control*, P.O. Box 538, Howell, NJ 07731 |
| 519222711 | | Eye Specialist PA, 745 US-206, Suite 301, Bridgewater, NJ 08807 |
| 519222712 | + | Hillsborough Radiology Center, PO Box 3436, Evansville, IN 47733-3436 |
| 519222717 | | Office of Chief Counsel, Internal Revenue Service, SB/SE Division Counsel, One Newark Center, Suite 1500, Newark, NJ 07102-5224 |
| 519222720 | + | RWJ Barnebas Health, PO Box 826504, Philadelphia, PA 19182-6504 |
| 519222721 | + | State of NJ-Student AS, 4 Quakerbridge Plz, Trenton, NJ 08619-1241 |
| 519222728 | + | Urgent Care Now, 712 E Bay Avenue, Suite 22B, Manahawkin, NJ 08050-3447 |

TOTAL: 9

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| smg | | Email/Text: usanj.njbankr@usdoj.gov | Aug 12 2026 21:42:00 | U.S. Attorney, 970 Broad St., Room 502, Rodino Federal Bldg., Newark, NJ 07102-2534 |
| smg | + | Email/Text: ustpregion03.ne.ecf@usdoj.gov | Aug 12 2026 21:42:00 | United States Trustee, Office of the United States Trustee, 1085 Raymond Blvd., One Newark Center, Suite 2100, Newark, NJ 07102-5235 |
| 519245345 | | Email/PDF: bncnotices@becket-lee.com | Aug 12 2026 21:43:17 | American Express National Bank, c/o Becket and Lee LLP, PO Box 3001, Malvern PA 19355-0701 |
| 519222703 | + | Email/PDF: bncnotices@becket-lee.com | Aug 12 2026 21:43:19 | Amex, PO Box 297871, Fort Lauderdale, FL 33329-7871 |
| 519222704 | ^ | MEBN | Aug 12 2026 21:35:08 | Attorney General of the United States, Department of Justice, Constitution Ave and 10th St. NW, Washington, DC 20530-0001 |
| 519222705 | + | EDI: TSYS2 | Aug 13 2026 01:19:00 | Barclays Bank Delaware, Po Box 8803, Wilmington, DE 19899-8803 |
| 519222706 | + | Email/Text: rm-bknotices@bridgecrest.com | Aug 12 2026 21:42:00 | Bridgecrest Acceptance Corp., 7300 E Hampton Avenue, Suite 101, Mesa, AZ 85209-3324 |
| 520631277 | + | EDI: AISACG.COM | Aug 13 2026 01:19:00 | Bridgecrest Credit Company, LLC as Agent, AIS Portfolio Services, LLC, 4515 N Santa Fe Ave. Dept. APS, Oklahoma City, OK 73118-7901 |
| 519222708 | + | EDI: CAPITALONE.COM | Aug 13 2026 01:19:00 | Capital One, PO Box 31293, Salt Lake City, UT 84131-0293 |

| | | | | |
|---|---|---|---|---|
| 519256422 | + | EDI: AIS.COM | Aug 13 2026 01:19:00 | Capital One N.A., 4515 N Santa Fe Ave, Oklahoma City, OK 73118-7901 |
| 519232638 | + | Email/Text: rm-bknotices@bridgecrest.com | Aug 12 2026 21:42:00 | Carvana, LLC, PO Box 29018, Phoenix, AZ 85038-9018 |
| 519270642 | | EDI: CITICORP | Aug 13 2026 01:19:00 | Citibank, N.A., 5800 S Corporate Pl, Sioux Falls, SD 57108-5027 |
| 519222709 | | EDI: IRS.COM | Aug 13 2026 01:19:00 | District Director of the IRS, 955 S. Springfield Avenue, Springfield, NJ 07081 |
| 519222714 | + | EDI: JPMORGANCHASE | Aug 13 2026 01:18:00 | JPMCB Card, PO Box 15369, Wilmington, DE 19850-5369 |
| 519255804 | + | Email/Text: RASEBN@raslg.com | Aug 12 2026 21:41:00 | JPMorgan Chase Bank, N.A., s/b/m/t Chase Bank USA, N.A., c/o Robertson, Anschutz & Schneid, P.L., 6409 Congress Avenue, Suite 100, Boca Raton, FL 33487-2853 |
| 519222715 | + | Email/Text: admin@kinum.com | Aug 12 2026 21:42:00 | Kinum*, 770 Lynnhaven Pkwy, Ste 160, Virginia Beach, VA 23452-7343 |
| 519259147 | | Email/PDF: resurgentbknotifications@resurgent.com | Aug 12 2026 21:43:04 | LVNV Funding, LLC, Resurgent Capital Services, PO Box 10587, Greenville, SC 29603-0587 |
| 519222716 | | Email/Text: camanagement@mtb.com | Aug 12 2026 21:41:00 | M&T Bank, 1 Fountain Plz, Floor 4, Buffalo, NY 14203 |
| 519253513 | | Email/Text: camanagement@mtb.com | Aug 12 2026 21:41:00 | M&T Bank, PO Box 1508, Buffalo NY 14240-1508 |
| 519222718 | | Email/Text: Bankruptcy.Notices@pnc.com | Aug 12 2026 21:41:00 | PNC Bank, 1 Financial Pkwy, Kalamazoo, MI 49009 |
| 519277285 | | Email/Text: Bankruptcy.Notices@pnc.com | Aug 12 2026 21:41:00 | PNC Bank, N.A., PO Box 94982, Cleveland, OH 44101 |
| 519279193 | | EDI: PRA.COM | Aug 13 2026 01:19:00 | Portfolio Recovery Associates, LLC, c/o SYNCHRONY BANK, POB 41067, Norfolk, VA 23541 |
| 519275105 | | EDI: PRA.COM | Aug 13 2026 01:19:00 | Portfolio Recovery Associates, LLC, c/o Wyndham, POB 41067, Norfolk VA 23541 |
| 519222719 | + | Email/Text: bankruptcyteam@rocketmortgage.com | Aug 12 2026 21:42:00 | Quicken Loans*, 1050 Woodward Avenue, Detroit, MI 48226-3573 |
| 519236277 | + | Email/Text: bankruptcyteam@rocketmortgage.com | Aug 12 2026 21:42:00 | Quicken Loans, LLC, 635 Woodward Avenue, Detroit MI 48226-3408 |
| 519222722 | + | EDI: SYNC | Aug 13 2026 01:18:00 | Syncb/Car Care, PO Box 965036, Orlando, FL 32896-5036 |
| 519222723 | | EDI: SYNC | Aug 13 2026 01:18:00 | Syncb/Care Credit, PO Box 965036, Orlando, FL 32896-5036 |
| 519222724 | + | EDI: SYNC | Aug 13 2026 01:18:00 | Syncb/HFT, PO Box 965022, Orlando, FL 32896-5022 |
| 519273335 | + | EDI: PRA.COM | Aug 13 2026 01:19:00 | Synchrony Bank, c/o PRA Receivables Management, LLC, PO Box 41021, Norfolk, VA 23541-1021 |
| 519225065 | + | EDI: PRA.COM | Aug 13 2026 01:19:00 | Synchrony Bank, c/o of PRA Receivables Management, LLC, PO Box 41021, Norfolk, VA 23541-1021 |
| 521214799 | + | EDI: AISACG.COM | Aug 13 2026 01:19:00 | Synchrony Bank by AIS InfoSource LP as agent, 4515 N Santa Fe Ave, Oklahoma City, OK 73118, Synchrony Bank by AIS InfoSource LP as a, 4515 N Santa Fe Ave, Oklahoma City, OK 73118-7901 |
| 521214798 | + | EDI: AISACG.COM | Aug 13 2026 01:19:00 | Synchrony Bank by AIS InfoSource LP as agent, 4515 N Santa Fe Ave, Oklahoma City, OK |

| | | | | |
|---|---|---|---|---|
| | | | | 73118-7901 |
| 519248169 | | Email/Text: bncmail@w-legal.com | Aug 12 2026 21:41:00 | TD Bank USA, N.A., C O WEINSTEIN & RILEY, PS, 749 Gateway, Suite G-601, Abilene, TX 79602 |
| 519222725 | + | EDI: WTRRNBANK.COM | Aug 13 2026 01:19:00 | TD Bank USA/Target Credit, PO Box 673, Minneapolis, MN 55440-0673 |
| 519222726 | + | EDI: CITICORP | Aug 13 2026 01:19:00 | THD/CBNA, PO Box 6497, Sioux Falls, SD 57117-6497 |
| 519222727 | + | Email/Text: usanj.njbankr@usdoj.gov | Aug 12 2026 21:42:00 | United States Attorney*, For Internal Revenue Service), 970 Broad Street, 5th Floor, Newark, NJ 07102-2527 |

TOTAL: 36

# BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| 519222713 | *+ | Internal Revenue Service*, P.O. Box 7346, Philadelphia, PA 19101-7346 |
| 519222710 | ##+ | Eye Specialist PA, c/o Bureau of Accounts Control, 3601 US Highway 9, Howell, NJ 07731-3395 |

TOTAL: 0 Undeliverable, 1 Duplicate, 1 Out of date forwarding address

# NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Aug 14, 2026 Signature: /s/Gustava Winters

---

# CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on August 12, 2026 at the address(es) listed below:**

| Name | Email Address |
|---|---|
| Albert Russo | docs@russotrustee.com |
| Albert Russo | on behalf of Trustee Albert Russo docs@russotrustee.com |
| Bruce C. Truesdale | on behalf of Debtor Scott Adams brucectruesdalepc@gmail.com bctpcecf@gmail.com;r49787@notify.bestcase.com |
| Bruce C. Truesdale | on behalf of Joint Debtor Theresa A. Adams brucectruesdalepc@gmail.com bctpcecf@gmail.com;r49787@notify.bestcase.com |
| Matthew K. Fissel | on behalf of Creditor Quicken Loans LLC bkgroup@kmllawgroup.com, matthew.fissel@brockandscott.com |
| Matthew K. Fissel | on behalf of Creditor Rocket Mortgage LLC f/k/a Quicken Loans, LLC f/k/a Quicken Loans Inc. bkgroup@kmllawgroup.com, matthew.fissel@brockandscott.com |
| U.S. Trustee | USTPRegion03.NE.ECF@usdoj.gov |

TOTAL: 7